The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TWIN HARBORS WATERKEEPER, a Washington non-profit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WEYERHAEUSER COMPANY, a Washington for-profit corporation; and WEYERHAEUSER NR COMPANY,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-05864<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER |

Based on the parties' Joint Motion to Extend Time for Defendants to Answer, it is hereby ORDERED that the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint be extended by 60 days to January 26, 2024.

DATED this 20th day of November, 2023

_____
Honorable Benjamin H. Settle