The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TWIN HARBORS WATERKEEPER, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY, a Washington for-profit corporation; and WEYERHAEUSER NR COMPANY,<br><br>Defendants. | Case No. 3:23-cv-05864<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER |

Based on the parties' Joint Motion to Extend Time for Defendants to Answer, it is hereby ORDERED that the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint be extended by 60 days to March 26, 2024.

DATED this 25th day of January, 2024

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER EXTENDING TIME TO ANSWER
CASE NUMBER  3:23-CV-05864 - 1

K&L GATES LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WA 98104
TELEPHONE:  (206) 370-7664